



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 2, 2018**

**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORTH WORTH DIVISION

| In re: | Chapter 7 |
|---|---|
| LEIO CORPORATION, | Case No. 17-45187-MXM |
| Debtor. | |

### AMENDED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

CAME ON TO BE CONSIDERED the Unopposed Emergency Motion for Relief from the Automatic Stay Doc. # 13]("the Lift Stay Motion") filed by Helga Arminak and Arminak Solutions, LLC (collectively the "Arminak Parties") and the Limited Objection to the Lift Stay Motion [Doc. # 26] (the Limited Objection") filed by Majestic Park West Partners, L.P., NM Majestic Holdings, LLC and Majestic Realty Co. (the "Landlord").[1] After holding a hearing on the Lift Stay Motion and the Limited Objection on January 18, 2018, and a status conference on January 31, 2018 considering the arguments and agreements of counsel at such hearing and conference the Court **ORDERS** as follows:

___

[1] All capital terms used herein shall be given the definitions from the Limited Objection.

The Lift Stay Motion is granted only as to the requested stay relief and denied as to all other relief.

The automatic stay is hereby modified effective as of the date of this Order to allow the Arminak Parties and/or the Landlord, or their representatives, to access the Debtor's Premises for purposes of reviewing Disputed Property and remove the property identified on Exhibit A of the Lift Stay Motion from the Debtor's Premises.

Arminak and the Landlord will enter into an indemnification agreement as attached to the Limited Objection; that Arminak will prepare an inventory of all equipment raw materials and items removed from the leased premises, record serial numbers to the extent possible or where applicable, and to take photographs; and it is further

The 14-day period required by Rule 4001(a)(3) is hereby waived and this Order is effective at 2:10 pm on January 31, 2018.

###End of Order###