Michael S. Fox (NY State Bar No. 1853035)
*mfox@olshanlaw.com*
**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
212-451-2300 Telephone
212-451-2222 Facsimile

Eric D. Fein (State Bar No. 06879020)
*efein@feinlawfirm.com*
Vickie S. Brandt (State Bar No. 24031878)
*vbrandt@feinlawfirm.com*
**The Fein Law Firm, P.C.**
15455 N. Dallas Parkway, Suite 1225
Addison, Texas s75001
214-522-9596 Telephone
214-522-9599 Facsimile
*COUNSEL TO HELGA ARMINAK AND ARMINAK SOLUTIONS, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS--FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| LEIO CORPORATION,<br>    Debtor. | Case No. 17-45187-MXM |
| HELGA ARMINAK and ARMINAK SOLUTIONS, LLC d/b/a CHRISLIE and KBL,<br>    Plaintiffs and Counter-Defendants,<br>v.<br>JENNIFER BANCROFT, ROBERT BANCROFT, MAJESTIC PARK WEST PARTNERS, L.P., by its General Partner MAJESTIC COPPELL G.P., LLC, NM MAJESTIC HOLDINGS, LLC, and MAJESTIC REALTY CO.,<br>    Defendants and Counter- Plaintiffs. | Adversary No. 18-04035-mxm |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** THE FEIN LAW FIRM, P.C., attorneys for Helga Arminak and Arminak Solutions, LLC and requests permission to withdraw from representing Helga Arminak and would respectfully show the Court the following.

1. This motion is based on good cause in that the client and counsel have an unresolvable conflict over the handling of this case. Plaintiffs and counsel have difficulty communicating and there is an overall a failure in communications between the Plaintiffs and counsel. Plaintiffs are also not providing the necessary financial support for the case. Therefore, it has become necessary for counsel to withdraw.

2. Michael Fox of Olshan Frome Wolosky LLP has appeared as counsel for Helga Arminak and Arminak Solutions, LLC in this Adversary Proceeding, participated in the case and has filed as recently as today, April 2, 2018, in this case. His contact information is as follows:

Michael S. Fox
mfox@olshanlaw.com
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
212-451-2300 Telephone
212-451-2222 Facsimile

3. There are no pending deadlines in this case. There is a status conference scheduled for April 26, 2018 at 1:30 p.m.

4. Plaintiffs have not consented to this motion.

### PRAYER

**WHEREFORE**, THE FEIN LAW FIRM, P.C., respectfully requests that the Court grant its motion to withdraw as attorney of record for Plaintiffs Helga Arminak and Arminak Solutions LLC.

                                                  Respectfully submitted,

                                                  **THE FEIN LAW FIRM, P.C.**

By:    /s/Eric D. Fein
           **Eric D. Fein**
           State Bar No. 06879020
           *efein@feinlawfirm.com*
           **Vickie S. Brandt**
           State Bar No. 24031878
           *vbrandt@feinlawfirm.com*
           15455 N. Dallas Parkway, Suite 1225
           Addison, Texas 75001
           214-522-9596 Telephone
           214-522-9599 Facsimile
           ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF CONFERENCE

On March 29, 2018, Movant contacted the attorney for Defendants, Majestic Park West Partners, NM Majestic Holdings LLC, and Majestic Realty Co., Phillip Lamberson, and he is not opposed. Defendants Jennifer Bancroft and Robert Bancroft have not appeared in this Adversary Proceeding.

                                                  /S/ Eric D. Fein
                                                  Eric D. Fein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April 2018 the pleading was filed via CM/ECF Notification System, and via email to counsel to the Trustee and the Landlord.

Trustee
Area Holder
Law Office of Areya Holder, P.C.
800 W. Airport Freeway Suite 800
Irving, TX 75062

Kenneth A. Hill
*kenhill@qslwm.com*
Quilling, Selander, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-4240
214-871-2100
Counsel for Trustee

Phillip L. Lamberson
*plamberson@winstead.com*
Devin B. Hahn
*dhahn@winstead.com*
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745 5400 Telephone
(214) 745 5390 Facsimile
Attorneys for Landlord Defendants Majestic Park West Partners, L.P.; NM Majestic Holdings, LLC; and Majestic Realty Co.

Viviana S. Cavada
*viviana@cavadalawoffices.com*
Viviana Cavada, Attorney at Law
P.O. Box 37101
Haltom City, TX 76117
(817) 509-1376 Telephone
(817) 509-1351 Facsimile
Attorney for Debtor LEIO Corporation

U.S. Trustee

                                                    /S/Eric D. Fein
                                                    Eric D. Fein