Michael S. Fox (NY State Bar No. 1853035)
mfox@olshanlaw.com
**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
212-451-2300 Telephone
212-451-2222 Facsimile

Eric D. Fein (State Bar No. 06879020)
efein@feinlawfirm.com
Vickie S. Brandt (State Bar No. 24031878)
vbrandt@feinlawfirm.com
**The Fein Law Firm, P.C.**
15455 N. Dallas Parkway, Suite 1225
Addison, Texas s75001
214-522-9596 Telephone
214-522-9599 Facsimile
*COUNSEL TO HELGA ARMINAK AND ARMINAK SOLUTIONS, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS--FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>**LEIO CORPORATION,**<br>　　　　　Debtor. | Chapter 7<br><br>Case No. 17-45187-MXM |
| **HELGA ARMINAK and ARMINAK SOLUTIONS, LLC d/b/a CHRISLIE and KBL,**<br>　　　　Plaintiffs and Counter-Defendants,<br>v.<br><br>**JENNIFER BANCROFT, ROBERT BANCROFT, MAJESTIC PARK WEST PARTNERS, L.P., by its General Partner MAJESTIC COPPELL G.P., LLC, NM MAJESTIC HOLDINGS, LLC, and MAJESTIC REALTY CO.,**<br>　　　　Defendants and Counter- Plaintiffs. | Adversary No. 18-04035-mxm |

## NOTICE OF HEARING ON
## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE THAT** this Court has set a hearing on THE FEIN LAW FIRM, P.C., attorneys for Helga Arminak and Arminak Solutions, LLC' Motion to Withdraw as Attorney of Record **on April 26, 2018 at 1:30 p.m.** at the United States Bankruptcy Court, 501 West 10th Street, Room 122, Fort Worth, Texas 76102.

                                        Respectfully submitted,

                                        **THE FEIN LAW FIRM, P.C.**

By:    /s/Eric D. Fein
            **Eric D. Fein**
            State Bar No. 06879020
            efein@feinlawfirm.com
            **Vickie S. Brandt**
            State Bar No. 24031878
            vbrandt@feinlawfirm.com
            15455 N. Dallas Parkway, Suite 1225
            Addison, Texas 75001
            214-522-9596 Telephone
            214-522-9599 Facsimile
            ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4th day of April 2018, a true and correct copy of the foregoing Notice was served via the Electronic Filing Procedures in this District and will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices.

Trustee
Area Holder
Law Office of Areya Holder, P.C.
800 W. Airport Freeway Suite 800
Irving, TX 75062

Kenneth A. Hill
kenhill@qslwm.com
Quilling, Selander, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-4240
214-871-2100
Counsel for Trustee

Phillip L. Lamberson
plamberson@winstead.com
Devin B. Hahn
dhahn@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745 5400 Telephone

(214) 745 5390 Facsimile
Attorneys for Landlord Defendants Majestic Park West Partners, L.P.; NM Majestic Holdings, LLC; and Majestic Realty Co.

Viviana S. Cavada
viviana@cavadalawoffices.com
Viviana Cavada, Attorney at Law
P.O. Box 37101
Haltom City, TX 76117
(817) 509-1376 Telephone
(817) 509-1351 Facsimile
Attorney for Debtors LEIO Corporation, Jennifer Bancroft and Robert Bancroft

U.S. Trustee

                                                    /S/Eric D. Fein
                                                    Eric D. Fein