1-29-18

# Unapproved Property Removed from LEIO Corp Premises by Arminak Team During "Recovery" Process




***Arminak "Recovery Team" Loading Truck***
Alan Mijangos loading Arminak/Bob truck, with clear visibility of LEIO Kalix Tube Filler (see slides 4,5 and 6 for details on this piece of equipment, alongside Arminak Raw Materials during "Recovery" Efforts on 1/29/18

Video of Alan Mijangos continuing to load LEIO (Trustee) property following notification of Cease and Desist and the requirement to return any property not contained in the court order




***150 Gallon Jacketed Kettle with Mixer & Sweeps*** Next to Arminak Belco Heat Tunnel in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

Clearly Marked with an L on a Yellow Tag for LEIO; Arminak Property Was Marked with an A



***150 Gallon Jacketed Kettle with Mixer & Sweeps*** Next to Arminak Belco Heat Tunnel and LEIO (Trustee) Kalix Tube Filler on Arminak/Bob Truck Heading to PA Despite Trustee Notification of Cease & Desist and Best Efforts to Prevent the Arminak Team from Removing Equipment Belonging to the Trustee (note: still marked L for LEIO property)

LEIO paid Wohl Associates, Inc. $26,500 via wire transfers for this piece of equipment (Dec 2015)

Belco Heat Tunnel

Kalix Tube Filler

Drums of fragrance labeled "Helga's Property"




***Kalix Automatic Tube Filler*** in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

Clearly Marked with an L on a Yellow Tag for LEIO; Arminak Property Was Marked with an A





***Kalix Automatic Tube Filler & Hitachi Lot Coder*** on Arminak/Bob Truck Heading to PA Despite Trustee Notification of Cease & Desist and Best Efforts to Prevent the Arminak Team from Removing Equipment Belonging to the Trustee and Marlin

LEIO paid $20,000 upfront and executed a secured loan agreement with Marlin for $20,000 for the balance of the Kalix, a collection table and a small conveyor

150 Gallon Kettle Previously Noted





**Kalix Tube Filler Previously Noted**

*Hitachi Lot Coder* in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

*Hitachi Lot Coder* on Arminak/Bob Truck, sitting with Arminak's Fragrance Barrels, Heading to PA Despite Trustee Notification of Cease & Desist and Best Efforts to Prevent the Arminak Team from Removing Equipment Belonging to the Trustee and Marlin

LEIO paid $5,000 for this lot coder; still labeled with "L"




***Inline Homogenizer*** in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

Clearly Marked with an L on a Yellow Tag for LEIO; Arminak Property Was Marked with an A




***Silverson Inline Homogenizer***

Placed between Arminak Fragrance Barrels and Carboy, a Box of what appears to be Bath Bomb Molds and a LEIO Recently Purchased Heat Gun (that was removed from the product room) on Arminak/Bob Truck Heading to PA Despite Trustee Notification of Cease & Desist and Best Efforts to Prevent the Arminak Team from Removing Equipment Belonging to the Trustee and Leaf Commercial Capital

LEIO executed a secured loan agreement with Leaf Commercial Capital for $18,830 for the Silverson Inline Homogenizer



***Silverson Inline Homogenizer*** Continued…on Arminak/Bob Truck Heading to PA Despite Trustee Notification of Cease & Desist and Best Efforts to Prevent the Arminak Team from Removing Equipment Belonging to the Trustee and Leaf Commercial Capital

Note Trustee Property: Calibration Weight Set, Tools, Tool Bag and Other Equipment also in Photo, Removed in the "Recovery Process"; Not on the Approved List




***SLS Mixing Tank*** in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

Clearly Marked with an L on a Yellow Tag for LEIO; Arminak Property Was Marked with an A

***SLS Mixing Tank*** Unable to obtain a clear photo; when we asked Alan Mijangos about why he took it, he responded, "You need to speak to Helga"



***20 Gallon Kettles (1 of 2)*** in LEIO Corp Warehouse Prior to Arminak "Recovery" Efforts on 1/29/18

Clearly Tagged and Marked with an L LEIO; Arminak Property Was Marked with an A

**2 - 20 Gallon Kettles**
Unable to obtain a clear photo on truck, both 20 gallon kettles were removed during the "Recovery" Effort



***Truck Departure Following Trustee Attorney Notification – Video on Left***

Despite Notification of Mr. Hill's Direction to Cease and Desist and to Return All Property not Included in Exhibit A of the Court Order, the Arminak "Recovery Team" Knowingly Directed their Driver to Depart with Property that Did Not Belong to Them

Listen to Bob's Comments in the Video as the Truck Departs; He Starts by Saying, "I Didn't See Anything Jennifer"; I Clearly Remind Him of the Notification of the Cease and Desist; He later comments, "That's What We Have the Lawyers for I Guess"






***Commercial Electric Breaker***
Installed at LEIO Corp 10/17 to Operate Equipment for Bath Bomb Project

***Commercial Electric Breaker***
Alan Mijangos took the breaker on his way out of the building; Alan's rental car

M&S Electrical Contractors, who installed this breaker, submitted a demand letter and notice of lien 11/15/17 due to nonpayment, Arminak was made aware

2/1/18          Additional items stolen from LEIO Corp premises by Arminak team on 1/31/18

Additional Items Taken:



18-Volt ONE+ Lithium-Ion Cordless Reciprocating Saw Kit with (1) 4.0Ah Battery and Charger $119.00



Makita USA - 7 In. SJS II Angle Grinder, with No Lock-On Switch
**$229.81**



Ingersoll Rand ARO Air-Operated Double Diaphragm DEF Pump - 1/4 Inch Ports, 5.3 GPM, Polypropylene/PTFE, Model PD01P-HPS-PTT-A, Port
**$344.80**



LEIO Pneumatic Pump on Arminak Truck, more photos in presentation

2/1/18 Attempted to take Kaiser Generator and Compressor.  Alan Mijangos stopped in the act of attempting to have electricians disconnect the power.  Electricians left the premises after providing the video below.  Alan left the premises after the incident.  The building was secured until the following am.

 

Other Items
Heat Guns
Miscellaneous Tools
Additional Items TBD

Coppell PD on site twice on 2/1/18

Judge ruled this to be a criminal matter in court proceeding 2/1/18 at 4pm.  He recommended I call the police in the event the Arminak team continue with this behavior.