UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 7 |
| Leio Corporation, | § | |
| | § | Case No. 17-45187-mxm7 |
| Debtor. | § | |
| | § | |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

1.  Colonial Funding Network, Inc., as servicing agent for Hunter Caroline Holding, LLC ("Colonial"), the first-lien secured creditor of Leio Corporation (the "Debtor"), files this motion for setting and requests an expedited hearing on its *Motion to Enforce Life Stay Orders and For Sanctions* [Docket No. 71] (the "Motion") on **April 26, 2018 at 1:30 p.m.** at the United States Bankruptcy Court, 501 West 10th Street, Room 122, Fort Worth, Texas 76102.  Hearing by such date is necessary for the reasons set forth in the Motion.

2.  Notice of the proposed expedited hearing will be provided utilizing the Electronic Management and Electronic Case Filing system of the Court, to all ECF participants participating in this case, in addition to the below-identified parties:

| | |
|---|---|
| **Michael S. Fox** | **Eric D. Fein** |
| Olshan Frome Wolosky LLP | The Fein Law Firm |
| 1325 Avenue of the Americas | 15455 N. Dallas Parkway, Suite 1225 |
| New York, New York 10019 | Addison, Texas 75001 |
| | efein@feinlawfirm.com |
| *Counsel for Helga Arminak and* | |
| *Arminak Solutions, LLC* | *Counsel for Helga Arminak and* |
| | *Arminak Solutions, LLC* |

1

The basis for the expedited consideration is set forth in the Motion. Notice will be sufficient because interested parties will have sufficient time to prepare for the hearing, and further because the hearing on *The Fein Law Firm, P.C.'s Motion to Withdraw as Attorney of Record* [Docket No. 65] is set to take place in this Court at the same date and time being requested.

DATED: April 16, 2018

                                              Respectfully submitted,

**DIAMOND MCCARTHY, LLP**

*/s/ Charles M. Rubio*
Charles M. Rubio
State Bar No. 24083768
Diamond McCarthy, LLP
909 Fannin Street, 37th Floor
Two Houston Center
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5195

*Counsel for Colonial Funding Network, Inc., as servicing agent for Hunter Caroline Holding, LLC*

Proposed Order

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 7 |
| Leio Corporation, | § | |
| | § | Case No. 17-45187-mxm7 |
| Debtor. | § | |
| | § | |

### ORDER ON COLONIAL FUNDING NETWORK, INC.'S
### MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

Upon the motion dated April 16, 2018 (the "Motion") of Colonial Funding Network, Inc. ("Colonial"), seeking a setting and requesting an expedited hearing; and the Court having determined that the notice given Colonial constitutes good and sufficient notice of the relief granted by this Order and no further notice is required; and the Court having reviewed and considered the Motion, and after due deliberation thereon, and good cause appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the hearing to consider the *Motion to Enforce Life Stay Orders and For Sanctions* [Docket No. 71] will be held on **April 26, 2018 at 1:30 p.m.** at the United States Bankruptcy Court, 501 West 10th Street, Room 122, Fort Worth, Texas 76102.

###End of Order###