IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-45187-mxm |
| | § | |
| | § | |
| LEIO CORPORATION, | § | CHAPTER 7 |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF LEAF CAPITAL FUNDING, LLC'S EMERGENCY MOTION FOR CONTEMPT AND FOR ORDER TO SHOW CAUSE

NOW COMES Leaf Capital Funding, LLC, and hereby withdraws its Emergency Motion

for Contempt and for Order to show Cause [Doc. # 69] filed on April 11, 2018 in the above-

referenced case.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
421 W. Third Street, Suite 910
Fort Worth, Texas  76102
(817) 338-1616 *phone*
(817) 338-1610 *fax*

/s/ Christopher V. Arisco
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for Leaf Capital Funding, LLC*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to all ECF participants participating in this case in addition to the below-identified parties on Monday, May 7, 2018; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below as receiving notice by regular mail or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| **Leio Corporation**<br>c/o 6780 St. Moritz Parkway<br>Colleyville, Texas 76034<br><br>*Debtor* | **Viviana S. Cavada**<br>P.O. Box 37101<br>Haltom City, Texas 76117<br><br>*Debtor's Attorney* |
|---|---|
| **U.S. Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br><br>*U.S. Trustee* | **Chapter 7 Trustee**<br>800 W. Airport Freeway, Suite 800<br>Irving, Texas 75062 |
| **Kenneth A. Hill**<br>2001 Bryan St., Suite 1800<br>Dallas, Texas 75201-4240<br><br>*Counsel for Chapter 7 Trustee* | **Phillip L. Lamberson**<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, Texas 75201<br><br>*Counsel for Landlord* |
| **Michael S. Fox**<br>Olshan Frome Wolosky LLP<br>1325 Avenue of the Americas<br>New York, New York 10019<br><br>*Counsel for Helga Arminak and Arminak Solutions, LLC* | **Charles M. Rubio**<br>Diamond McCarthy, LLP<br>909 Fannin Street, 37th Floor<br>Two Houston Center<br>Houston, Texas 77010<br><br>*Counsel for Colonial Funding Network, Inc., as serving agent for Hunter Caroline Holding, LLC* |
| **All those receiving ECF notification in this case.** | |

/s/ Christopher V. Arisco
Christopher V. Arisco