

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 11, 2018**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEIO CORPORATION, | § | CASE NO. 17-45187-mxm7 |
| | § | |
| DEBTOR. | § | |

**ORDER SUSTAINING OBJECTION TO PROOF OF**
**CLAIM NO. 27-1 FILED BY COLONIAL FUNDING NETWORK, INC.**

On this date, the Court considered the Objection to Proof of Claim No. 27-1 Filed by Colonial Funding Network, Inc. (Dkt. No. 88, the "Objection") filed by Areya Holder Aurzada, Chapter 7 Trustee.  After reviewing the record and noting that deadline to file responses to the Objection has passed with no response having been filed, the Court finds that notice of the Objection was appropriate under the circumstances and that the Objection should be sustained.

It is therefore ORDERED that the proof of claim filed by Colonial Funding Network, Inc. (the "Claimant") asserting a secured claim in the amount of $49,493.69, which was docketed as Claim No. 27-1 on the Court's ECF claims register for this case (the "Subject Claim"), shall be and hereby is allowed only as a non-priority unsecured claim in the amount of $49,493.69.

It is further ORDERED that nothing herein will affect the Claimant's right to assert and enforce its claimed liens against the Debtor's assets that have not been administered by the Trustee.

It is further ORDERED that this Order is without prejudice to any other objections the Trustee might assert to the Subject Claim in the future.

# # # End of Order # # #